AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>THE PREMISES LOCATED AT THE GPS COORDINATES OF<br>APPROX. 37.52536, -91.68811 MORE FULLY DESCRIBED IN<br>ATTACHMENT A. | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   4:26 MJ 2044 JSD

SIGNED AND SUBMITTED TO THE COURT FOR FILING
BY RELIABLE ELECTRONIC MEANS
**FILED UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ EASTERN _____ District of _____ MISSOURI _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____ February 18, 2026 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Joseph S. Dueker _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date and time issued:   February 5, 2026 @ 10:40 a.m.

*Judge's signature*

City and state:      St. Louis, MO                    Honorable Joseph S. Dueker, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  4:26 MJ 2044 JSD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
|       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

*Properties to be searched*

The location to be searched is the premises located at the GPS coordinates of **approximately 37.52536, -91.68811** (the "**Subject Premises**").

The **Subject Premises** is more fully described as follows.  The **Subject Premises** is a single-story structure that is described as an "earth home," which is a residential structure built partially or fully underground, utilizing surrounding soil for natural insulation. The **Subject Premises** has a green roof. The **Subject Premises**'s east exterior wall has white siding, along with a garage door and an entry door. The **Subject Premises**'s south exterior wall is tannish aged concrete. A gravel driveway circles the residence starting from the rear of the residence, going around the residence in a circular pattern, and returns to the rear of the residence. The GPS coordinates for the **Subject Premises** are approximately 37.52536, -91.68811; the **Subject Premises** does not have an address on file. The **Subject Premises** is in Dent County, Missouri, within the Eastern District of Missouri. A photograph of **subject premises** appears below, circled with a red box, along with an aerial photograph.





**ATTACHMENT B**

*Property to be seized*

1.      All records and information relating to violations of Title 21, United States Code, Sections 841(a)(1) and 846, that constitutes fruits, evidence, and instrumentalities of those violations involving **William WIND** and others known and unknown, including:

    a.  Controlled substances;

    b.  Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies and spoons;

    c.  Books, records, receipts, notes, ledgers, computer hard-drives and disk records, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms;

    d.  Telephone bills, invoices, packaging, cellular batteries and/or charging devices, cancelled checks or receipts for telephone purchase/service;

    e.  Cellular telephones, digital and/or alphanumeric text (two-way) pagers; computers capable of e-mail and/or chat-room and/or digital communication, answering machines; address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of sources of supply, of customers, and/or evidencing association with persons known to traffic in controlled substances or to facilitate such trafficking;

    f.  Photographs, in particular photographs of co-conspirators, assets and/or controlled substances;

3

g. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of controlled substances or which are proceeds from the distribution of controlled substances;

h. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

i. Papers, tickets, notes, schedules, receipts and other items relating to travel, including, but not limited to, travel to and from Salem, Missouri and elsewhere;

j. Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys;

k. Firearms and/or weapons;

l. Vehicles within the curtilage of the **Subject Premises**; and

m. Security systems, cameras, cables, recording devices, monitors, and other items or equipment pertaining to video surveillance of the **Subject Premises**.

4