UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF THE )
PREMISES LOCATED AT THE GPS )
COORDINATES OF APPROX. 37.52536, )
-91.68811 MORE FULLY DESCRIBED IN )    No.  4:26 MJ 2044 JSD
ATTACHMENT A. )
 )    **FILED UNDER SEAL**
 )
 )
 )
 )

**MOTION FOR SEALING ORDER**

COMES NOW the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Mohsen Pasha, Assistant United States Attorney for said District, and moves this Court for an order directing that the warrant, along with its application, affidavit, and return, entered by this Court be sealed until August 5, 2026, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the United States provides the following facts, establishing that (a) the United States has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical: Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public,

1

the United States requests that the affidavit and the accompanying warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the warrant, along with its application, affidavit, and return, be sealed until August 5, 2026

Dated this 5th day of February, 2026.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney


 /s/Mohsen Pasha
MOHSEN PASHA, #67373MO
Assistant United States Attorney

2