AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:**<br>4:26 MJ 2044 JSD | **Date and time warrant executed:**<br>02/09/2026   1800 | **Copy of warrant and inventory left with:**<br>Bill Wind |
| **Inventory made in the presence of :** | SA Velazco | |

Inventory of the property taken and name of any person(s) seized:

- 5 jars containing a leafy green substance believed to be marijuana
- 1 bag containing a leafy green substance believed to be marijuana
- 1 Matrix scale
- 1 grinder containing a leafy green substance believed to be marijuana
- 1 plastic lid containing a leafy green substance believed to be marijuana
- 1 orange notebook
- 1 tin containing 4 bags of leafy green substance believed to be marijuana
- 3 paraphernalia pipes
- 1 orange plastic box containing suspected methamphetamine and plastic baggies
- 1 glass plate with rolling papers
- 3 pill bottles containing suspect Xanax and marijuana seeds
- Bulk US currency
- Tradewinds Currency bag containing bulk cash
- Bulk cash in a brown paper bag
- 1 Glock 44 (SN: AEHG714)
- 1 Taurus 63C (SN: ADNO23199)
- 1 Gamo PT - 85 Blowback (SN: 224970)
- 1 Ruger 22/45 Lite (391-25155)
- 1 GSG 16 (SN: A866244)
- 1 Ruger AR .556 (SN: 1850-21499) with Trijicon scope
- 1 Ruger Air Hawk Elite II (SN: AD597945)
- 1 iPhone in a Pelican case
- US Currency located on person of Bill Wind

**RECEIVED**
By Joseph S. Dueker at 1:39 pm, Feb 23, 2026

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  02/09/2026

_____
Executing officer's signature

Tyler S. Roby  FBI SA
_____
Printed name and title